IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR GONZALES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-7223 |
| CITY OF PHILADELPHIA, NELSON LEON and POLICE OFFICERS JOHN/JANE DOE 1-8, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this   6th   day of October, 2014, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Doc. No. 10), to which Plaintiff Victor Gonzales has failed to respond, it is hereby **ORDERED** that the Motion for Summary Judgment  is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE